**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY )<br><br>Plaintiffs, )<br><br>vs. )<br><br>N.B. WEST CONTRACTING COMPANY, and JEFFERSON COUNTY, MISSOURI, )<br><br>Defendants. ) | Case No. 4:26-cv-00174 |

**JOINT NOTICE OF SETTLEMENT AND
REQUEST TO STAY DEADLINES FOR 30 DAYS**

Plaintiffs, American Guarantee & Liability Insurance Company and Zurich American Insurance Company, and Defendant N.B. West Contracting Company, by and through their respective counsel, hereby notify the Court that the parties, including Defendant Jefferson County, Missouri, have reached a settlement in principle of all matters in dispute between them that arise or relate to the allegations, claims, and defenses asserted in this action. Plaintiffs do not believe that Defendant Jefferson County, Missouri objects to this Notice; however, Plaintiffs' reached out to counsel for Defendant Jefferson County, Missouri to confirm that Defendant Jefferson County, Missouri was joining in this Notice, but did not receive any confirmation prior to filing and wanted to advise the Court of the settlement as soon as possible.

1

#34702061 v1

The parties are currently working to prepare, finalize, and execute the necessary settlement documents. Accordingly, the parties respectfully request that the Court stay all pending deadlines and proceedings in this matter for a period of thirty (30) days to allow the parties sufficient time to document the settlement.

WHEREFORE, the parties respectfully request that the Court (1) stay all deadlines and proceedings in this action for thirty (30) days and (2) grant such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**WATTERS WOLF BUB HANSMANN, LLC**

/s/ *Kathleen A. McCarthy*
Timothy J. Wolf, #53099
Kathleen A. McCarthy, #69218
600 Kellwood Parkway, Suite 120
St. Louis, Missouri 63017
636-798-0570 - TELEPHONE
636-798-0693 – FAX
twolf@wwbhlaw.com
kmccarthy@wwbhlaw.com

and

Patrick F. Hofer (*pro hac vice*)
CLYDE & CO US LLP
1775 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006
Phone (202) 747-5110
Fax (202) 747-5150
Patrick.hofer@clydeco.us

and

2

#34702061 v1

David C. Butman (*pro hac vice*)
CLYDE & CO US LLP
30 South Wacker Drive
Suite 2600
Chicago, Illinois 60606
Phone (312) 635-6964
Fax (312) 635-6950
david.butman@clydeco.us

***Counsel for American Guarantee & Liability Insurance Company and Zurich American Insurance Company***


And


*/s/ Martin Daesch (with consent)*
Martin L. Daesch, #40494MO
Jesse B. Rochman, #60712MO
Craig W. Richards, #67262MO
Katlin A. Carpenter, #74599MO
**ONDERLAW, LLC**
110 E. Lockwood Ave.
St. Louis, MO 63119
(314) 963-9000 - Telephone
(314) 963-1700 - Facsimile
Daesch@onderlaw.com
rochman@onderlaw.com
richards@onderlaw.com
carpenter@onderlaw.com
***Attorneys for Defendant N.B .West Contracting Company***

3

## Certificate of Service

I hereby certify that a true copy of the foregoing was served by electronic notice on all parties on 31st day of July 2026.

/s/ *Kathleen A. McCarthy*
Kathleen A. McCarthy

#34702061 v1